FILED
CHARLOTTE, NC

MAY - 1 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _North Carolina_

_Civil_ Division

Case No. **3:26-cv-355-MR**

_(to be filled in by the Clerk's Office)_

Logan Calaway

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

Union County Sheriffs Office/Jail

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Logan Calaway

All other names by which you have been known:

ID Number — 24278

Current Institution — Union County Jail

Address — 3344 PRESSON ROAD

monroe — *City*     NC — *State*     28112 — *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Union County Sheriff's Office / Jail

Job or Title *(if known)* —

Shield Number —

Employer —

Address — 3344 PRESSON ROAD

MONROE — *City*     NC — *State*     28112 — *Zip Code*

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

Name —

Job or Title *(if known)* —

Shield Number —

Employer —

Address —

*City*     *State*     *Zip Code*

☐ Individual capacity     ☐ Official capacity

Defendant No. 3

  Name          _____

  Job or Title *(if known)*    _____

  Shield Number      _____

  Employer       _____

  Address        _____

          _____ _____ _____

          *City*     *State*    *Zip Code*

      ☐ Individual capacity   ☐ Official capacity

Defendant No. 4

  Name          _____

  Job or Title *(if known)*    _____

  Shield Number      _____

  Employer       _____

  Address        _____

          _____ _____ _____

          *City*     *State*    *Zip Code*

      ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

 A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

 B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   1st, 4th, 5th, 6th, 8th, 14th

 C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

UCJ

See attached

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Union County Jail

C. What date and approximate time did the events giving rise to your claim(s) occur?

_____2025-2026_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____See attached_____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____N/A_____

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Temporary and Permanet injunction ordering compliance of federal prison standards
Declaratory Judgement ordering DAC standards/policy to implemented in UCI
Nominal Court Costs, Punitive Damages of $5000 to plaintiff for pain + suffering

Claim + Supplement:     Sec II(D) + Sec VI (D)     PAGE 1

The Union County Sheriffs Office - Jail (UCJ) under color of thier Jurisdiction as jailers have violated, willifully, multiple constitutional rights.

1. 1st amendment: Mail interference: By failing to mail legally authorized postal mail, by using "textbehind", a Kiosk system that severely hinders access to mail, items are hand selected and scanned to be displayed on a public Kiosk system. Personal, financial records and other official mail is delayed, unreasonably searched and siezed then selectively discarded, Books that have ZERO security clearence issues are denied or discarded without due process of notification  See turner V Safley 482 US 78 (1987)

2. Jail conditions: Black toxic mold in cells, living areas, unsanitary facility inmates in general population forced to eat in wet cell every meal, meal quality is poor/ unsafe serving conditions, portion size inadequate, moldy bread potatos/ other vegetables daily issues. 21-22 hours lockdown everyday (the equivolent of death row in prison) 1-3 hours of outdoor recreation a week Bell V Wolfish 441 US 520 (1979)  24-Hour lighting, limited outdoor rec Wilkinson V Austin 545 US 209 (2005) double and triple strip search for court when never outside of sheriffs supervision  Jean - Laurent V Wilkenson 540 F SUPP 2d 501 (SDNY 2008); Hearns V Terhune 413 F. 3d 1036 (9th Cir 2008); Barney V Pulsipher 143 F.3d 1299 (10th Circut 1998);

3. Totality of conditions are overly oppressive and deplorable, violating a pretrial detainee's rights to be free from punishment until adjudication of guilt  Palmer V Johnson 193 F.3d 346 (5th Circut 1999); Wilson V seiter 501 US 294 (1991)

Sec II (D); Sec VI (D)

4. By overall conditions being worse and more oppressive than the DAC- Bureau of prisons the UCJ by policy and custom violates the 14th amendment by allowing only female inmates tablets, open dorms, extra outdoor time, special priviledges (inmate trustee status, special, extra and outside meals) even though Females have tablets and access to textbehind almost unfettered compared to male inmates, they are also allowed their physical mail, with less interference or scrutiny

5. By limiting commissary item availibilty to unreasonable quantity restrictions such as 7 soups, 7 chips, 3 sodas etc is in violation of 14th amendment / equal rights because no other Jurisdiction is implementing such restrictions nor are convicted individuals in DAC subject to such.

6. Inadequate medical services, Health maintainence, mental health medication UCJ denies necessary seditives, limits otc medication for pain to the point of sole access is limited to a medical visit of $20 each for OTC pain med. and 3-6 day wait time for severe pain, with no allowance for extra medication to be saved for time of need.

Case 3:26-cv-00355-MR    Document 1    Filed 05/01/26    Page 7 of 13

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _Kiosk system; each category respectively_

2. What did you claim in your grievance?

   _the same as stated herein_

3. What was the result, if any?

   _Nothing_

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _Appealed for as allowed_

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

_____

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____ N|A _____

Defendant(s) _____ N|A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____ N|A _____

3. Docket or index number

_____ N|A _____

4. Name of Judge assigned to your case

_____ N|A _____

5. Approximate date of filing lawsuit

_____ N|A _____

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N|A _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 3:26-cv-00355-MR    Document 1    Filed 05/01/26    Page 11 of 13

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

       _____ N/A _____

    3.  Docket or index number

       _____ N/A _____

    4.  Name of Judge assigned to your case

       _____ N/A _____

    5.  Approximate date of filing lawsuit

       _____ N/A _____

    6.  Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _____ N/A _____

Case 3:26-cv-00355-MR   Document 1   Filed 05/01/26   Page 12 of 13

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-8-26

Signature of Plaintiff

Printed Name of Plaintiff    LOGAN CALAWAY

Prison Identification #    242278

Prison Address    3344 PRESSON ROAD

MONROE                          NC          28112
*City*                    *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City*                    *State*        *Zip Code*

Telephone Number

E-mail Address